IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BLAIR KENDALL, and
WILLIAM WELLS,

    Plaintiffs,

vs.                                      CASE NO.:

CANDO GENERAL SERVICES, INC.,
LUCKY 777'S ARCADE, INC.,
ANTHONY CAMUTI, and
MARTIN COULOMBE, Individually

    Defendants.
_____/

## COMPLAINT

Plaintiffs, BLAIR KENDALL and WILLIAM WELLS, by and through their undersigned counsel, sue the Defendants, CANDO GENERAL SERVICES, INC., a Florida corporation, LUCKY 777'S ARCADE, INC., a Florida corporation, ANTHONY CAMUTI and MARTIN COULOMBE, Individually, and allege as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*

2. Venue lies within United States District Court for the Middle District

of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

## PARTIES

3. Plaintiff, BLAIR KENDALL ("Kendall"), is a resident of Pinellas County, Florida at all times material and worked for Defendants in this Juridical District during the applicable statute of limitations.

4. Plaintiff, WILLIAM WELLS ("Wells"), is a resident of Pinellas County, Florida at all times material and worked for Defendants in this Juridical District during the applicable statute of limitations.

5. Defendant, CANDO GENERAL SERVICES, INC., is a Florida corporation authorized and doing business in this Judicial District.

6. Defendant, LUCKY 777'S ARCADE, INC., is a Florida corporation authorized and doing business in this Judicial District.

7. At all times material herein, Plaintiffs were non-exempt employees of Defendants, pursuant to 29 U.S.C. § 203(e)(1).

8. Defendant, CANDO GENERAL SERVICES, INC., is an employer within the meaning of 29 U.S.C. s. 203(d) and subject to the Fair Labor Standards Act because is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(1)(A), because it has employees engaged in commerce or in the production

of good for commerce, or has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce and because it has an annual gross volume of sales made or business done greater than $500,000.00.

9. Defendant, LUCKY 777'S ARCADE, INC., is an employer within the meaning of 29 U.S.C. s. 203(d) and subject to the Fair Labor Standards Act because is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(1)(A), because it has employees engaged in commerce or in the production of good for commerce, or has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce and because it has an annual gross volume of sales made or business done greater than $500,000.00.

10. At all times material hereto Defendant, ANTHONY CAMUTI, was an officer of the Defendants' Corporations and had direct responsibility and control over the compensation paid to employees of the organization.

11. At all times material hereto Defendant, MARTIN COULOMBE, was an officer of the Defendants' Corporations and had direct responsibility and control over the compensation paid to employees of the organization.

12. Plaintiff, BLAIR KENDALL, is entitled to the protections provided by the FLSA because she was a Marketing Coordinator/Office Manager.

13. Plaintiff, WILLIAM WELLS, is entitled to the protections provided by

the FLSA because he was a Project Manager

14. Plaintiffs are entitled to the protections provided by the FLSA because they were individuals engaged in commerce or in the production of goods for commerce.

**FACTUAL ALLEGATIONS**

15. Plaintiff, BLAIR KENDALL, was employed with Defendant, LUCKY 777'S ARCADE, INC., from July 26, 2021 to August 20, 2021 as a full time Marketing Coordinator earning $600.00 per week for which she was not paid at all during this time and from August 21, 2021 to October 25, 2021 employed with Defendant, CANDO GENERAL SERVICES, INC., as a full time Office Manager earning $15.00 an hour.

16. Plaintiff, WILLIAM WELLS, was employed with Defendant, CANDO GENERAL SERVICES, INC., from June 1, 2021 to June 17, 2021 as a full time Project Manager earning $27.00 an hour.

17. Plaintiffs were not compensated at the rate of at least one and a half times their regular hourly rate of pay pursuant to the Fair Labor Standards Act (FLSA) for all hours worked over forty (40) in the work week.

18. Plaintiffs were not exempt from the overtime provisions of the FLSA. In fact, Plaintiffs are entitled to overtime compensation for all overtime hours worked under the FLSA.

19. Plaintiffs have retained the services of the undersigned counsel and is obligated to pay them a reasonable fee for their services.

## COUNT I
## FAIR LABOR STANDARDS ACT ("FLSA") – OVERTIME
*(As to Plaintiffs Blair Kendall and William Wells)*

20. Plaintiffs reallege paragraphs one (1) through nineteen (19) as though set forth fully herein.

21. The employment of Plaintiffs provided for a forty (40) hour work week but throughout their respective employment Plaintiffs were required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

22. At all times material, Defendants failed to comply with 29 U.S.C. § 201 *et seq.*, in that Plaintiffs worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiffs at the rate of time and one-half their regular rate of pay for the hours worked over forty (40) in a work week.

23. Defendants' failure to pay Plaintiffs the required overtime pay was intentional and willful.

24. As a direct and legal consequence of Defendants' unlawful acts, Plaintiffs have suffered damages and have incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

**WHEREFORE**, Plaintiffs, BLAIR KENDALL, and WILLIAM WELLS, respectfully request all legal and equitable relief allowed by law including judgment against Defendants, CANDO GENERAL SERVICES, INC., ANTHONY CAMUTI, and MARTIN COULOMBE, Individually, for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

## COUNT II
## FAIR LABOR STANDARD ACT MINIMUM WAGE
*(As to Plaintiff, Blair Kendall)*

25. Plaintiff realleges paragraphs one (1) through nineteen (19) as though set forth fully herein.

26. Plaintiff is entitled to minimum wage for all hours worked pursuant to the FLSA.

27. By reason of the intentional, willful, and unlawful acts of the Defendants in violation of the FLSA, Plaintiff has suffered damages.

WHEREFORE, Plaintiff, BLAIR KENDALL, demands a trial by jury and judgment against Defendants, CANDO GENERAL SERVICES, INC., LUCKY 777'S ARCADE, INC., ANTHONY CAMUTI and MARTIN COULOMBE, Individually, for back pay, interest, attorneys' fees, and costs and for such other

relief to which Plaintiff may be justly entitled.

## DEMAND FOR JURY TRIAL

28. Plaintiff requests a jury trial on all issues so triable.

Dated this 2nd day of November 2021.

                                    **FLORIN GRAY BOUZAS OWENS, LLC**

                                    */s/ Miguel Bouzas*
                                    **MIGUEL BOUZAS, ESQUIRE**
                                    Florida Bar No.: 48943
                                    Primary: miguel@fgbolaw.com
                                    Secondary: debbie@fgbolaw.com
                                    16524 Pointe Village Drive, Suite 100
                                    Lutz, FL 33558
                                    Telephone (727) 254-5255
                                    Facsimile (727) 483-7942
                                    Counsel for Plaintiff